

Connell Foley LLP
875 Third Avenue
21st Floor
New York, NY 10022
P 212.307.3700   F 212.542.3790

**Samuel P. Quatromoni**
Of Counsel
Direct Dial 212.307.3705
SQuatromoni@connellfoley.com

May 23, 2023

**VIA ECF**
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1506
New York, New York 10007

Re: **Letter Motion Requesting Adjournment of Initial Status Conference**
**Robert Arneman v. Republic of Turkey, et al.**
**Docket No.: 22-cv-05701-RA**

Dear Judge Abrams:

This office represents defendants, Republic of Turkey, IC ICTAS Construction (Turkevi) LLC and IC ICTAS US Inc., in the above-referenced matter.

In light of Your Honor's Order, dated May 10, 2023, and pursuant to Your Honor's Individual Rules & Practices, we write to request an adjournment of at least sixty (60) days of the Initial Status Conference, scheduled for May 26, 2023, as well as the deadlines to submit the parties' joint letter and proposed case management plan. The request is made as plaintiff has not yet completed service of the Summons and Complaint on the Republic of Turkey ("Turkey") and, as such, issue has not yet been joined by Turkey.

This is the second request for an adjournment of the initial status conference and the first that has been submitted since any of the defendants joined issue. Your Honor granted the previous request made by plaintiff's counsel by letter, dated September 6, 2022.

Counsel for plaintiff and for defendant New York City Acoustics, Inc. consent to the requested adjournment.

Respectfully submitted,

Samuel P. Quatromoni

The Hon. Ronnie Abrams
May 23, 2023
Page 2

CC:

Aaron D. Fine, Esq.
EDELMAN, KRASIN & JAYE, PLLC
7001 Brush Hollow Road, Suite 100
Westbury, New York 11590

John A. Colby, Esq.
LITCHFIELD CAVO LLP
420 Lexington Avenue, Suite 2104
New York, New York 10170

Application granted.  The telephonic initial pretrial conference is hereby adjourned to July 28, 2023 at 2:00 p.m.; Call-In Number: (888) 363-4749; Access Code: 1015508#.  No later than July 24, 2023, the parties shall submit a proposed case management plan and joint status letter as described by the Court's prior orders in this action.

SO ORDERED.

_____
Hon. Ronnie Abrams
United States District Judge
05/24/2023

7450356-1