UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ROBERT ARNEMAN,

                      Plaintiff,

   -against-

REPUBLIC OF TURKEY, et al.,

                      Defendants.

------------------------------------------------------------X

22-CV-05701 (DEH)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

The parties were previously ordered to update the Court on the status of settlement negotiations by May 13, 2024. ECF No. 65. To date, the Court has not received that update. Accordingly, the parties shall file their joint settlement update by May 20, 2024.

SO ORDERED.

SARAH NETBURN
United States Magistrate Judge

DATED:    May 16, 2024
             New York, New York