

Connell Foley LLP
875 Third Avenue
21st Floor
New York, NY 10022
P 212.307.3700   F 212.542.3790

Samuel P. Quatromoni
Of Counsel
Direct Dial 212.307.3705
SQuatromoni@connellfoley.com

June 19, 2025

**VIA ELECTRONIC FILING**
The Honorable Sarah Netburn
United States District Court, Southern District of New York
Thurgood Marshall Courthouse, Room 219
40 Foley Square
New York, New York 10007

> **Re:** **Stipulation and Order of Substitution of Counsel for New York City Acoustics, Inc., ECF Doc. No. 92**
> **Robert Arneman v. Republic of Turkey, et al.**
> **Case No. 22-CV-05701-DEH-SN**

Dear Judge Netburn:

This office represents the defendants, Republic of Turkey, now known as Republic of Türkiye ("Türkiye"), IC ICTAS Construction (Turkevi) LLC and IC ICTAS US Inc., in the above-referenced matter.

I write to follow up regarding the Stipulation and Order of Substitution of Counsel for New York City Acoustics, Inc., filed as a Proposed Stipulation and Order at ECF Doc. No. 92[1]. The document was filed in the midst of multiple filings and we wanted to make sure that Your Honor was aware of it, especially given the new deadline to file summary judgment motions.

Respectfully submitted,

Samuel P. Quatromoni

---

[1] Link to ECF Doc. No. 92.

Roseland   Jersey City   Newark   New York   Cherry Hill   Philadelphia
www.connellfoley.com

The Honorable Sarah A. Netburn
June 19, 2025
Page 2


CC VIA ECF:

Kara Rosen, Esq.
Edelman, Krasin & Jaye, PLLC
7001 Brush Hollow Road, Suite 100
Westbury, New York 11590
krosen@ekjlaw.com
Attorneys for Plaintiff

John A. Colby, Esq.
Nicoletti Hornig
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005
jcolby@nicolettihornig.com
Outgoing Attorneys for Defendant
New York City Acoustics, Inc.