**MEMO ENDORSED**

# TANENBAUM KEALE LLP
*Attorneys at Law*

Samuel P. Quatromoni
squatromoni@tktrial.com
332.296.5861

March 18, 2026

VIA ECF

The Honorable Dale E. Ho
United States District Court, Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
Courtroom 905
New York, New York 10007

> **Re:** **Request for Extension of Time to File Joint Letter**
> **Robert Arneman v. Republic of Turkey, et al.**
> **Case No. 22-CV-05701-DEH-SN**

Dear Judge Ho:

This office represents the defendants, Republic of Turkey, now known as Republic of Türkiye ("Türkiye") and New York City Acoustics, Inc. ("NYCA"), in the above-referenced matter. We write to request an extension to March 26, 2026, of the time to file a joint letter regarding the estimated length of trial, the parties' availability for trial, and potential request for referral to the assigned Magistrate Judge for a settlement conference or to the mediation program.

The reason for the request is that we have not yet been able to confer with our clients regarding potentially returning to a private mediation, referral for a settlement conference or to the mediation program, or availability for trial. We will be conferring with our clients by close of business on Monday, March 23, 2026.

Plaintiff's counsel, Kara Rosen of Edelman, Krasin & Jaye, PLLC, consents to the request.

Respectfully submitted,

*[signature]*

Samuel P. Quatromoni

Application **GRANTED**. The parties shall adhere to the schedule set forth herein.

The Clerk of Court is respectfully directed to close ECF No. 128.

**SO ORDERED.**

*[signature]*

Dale E. Ho
United States District Judge
Dated: March 19, 2026
New York, New York

32 Broadway, Suite 614
New York, New York 10004
www.TKTrial.com


**tk**
**t r i a l**

FLORIDA | NEW JERSEY | NEW YORK | VIRGINIA

The Honorable Dale E. Ho
Page 2

CC:

The Honorable Sarah Netburn
United States District Court, Southern District of New York
Thurgood Marshall Courthouse, Room 219
40 Foley Square
New York, New York 10007

Kara Rosen, Esq.
Edelman, Krasin & Jaye, PLLC
7001 Brush Hollow Road, Suite 100
Westbury, New York 11590
krosen@ekjlaw.com
Attorneys for Plaintiff