UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Arneman,

Plaintiff,

v.

Republic of Turkey, et al.,

Defendants.

22-CV-5701 (DEH) (SN)

ORDER

DALE E. HO, United States District Judge:

By September 18, 2026, the parties are directed to file a joint status letter (1) updating the Court on the status of mediation in this case, (2) providing their availability for trial between the week of February 22, 2027 and the end of April 2027, and (3) specifying the estimated length of trial.

SO ORDERED.

Dated: September 10, 2026
New York, New York

DALE E. HO
United States District Judge